UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

BONHAMS AND BUTTERFIELD
AUCTIONEERS CORPORATION,

    Plaintiff,

  v.

YOON-SUN CHUN, et al.,

    Defendants.
_____/

No. C 14-0705 HRL

**ORDER RE: ATTENDANCE AT ENE**

Date:     September 4, 2014
Evalutor:  Michael Jacobs

    IT IS HEREBY ORDERED that the request to allow defendants to appear by video conference at the September 4, 2014, ENE before Michael Jacobs is GRANTED.

    IT IS SO ORDERED.

August 25, 2014          By: _____
Dated                                         Maria-Elena James
                                                    United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California